No. 1177. Del Rosario et al., Demandantes y Apelantes, v. Rucabado et al., Demandados y Apelantes.—Apelación procedente de la Corte de Distrito de Guayama en un caso de reivindicación. Moción de ambas partes para corregir los autos. Resuelto en noviembre 27, 1914. Concedida la moción. Abogados de los demandantes: Sres. Muñoz & Brown. Abogados de los demandados: Sres. Adolfo Dones y Damián Monserrat, Jr.

---

No. 728. El Pueblo, Demandante y Apelado, v. Ramírez, Acusado y Apelante.—

No. 729. El Pueblo, Demandante y Apelado, v. Seda, Acusado y Apelante.—

No. 727. El Pueblo, Demandante y Apelado, v. Arán, Acusado y Apelante.—

Apelaciones procedentes de la Corte de Distrito de Mayagüez en causas por infracción de la Ley Electoral. Resueltos en noviembre 30, 1914. Confirmadas las sentencias apeladas. Abogado del Pueblo: Sr. Salvador Mestre, Fiscal. Los acusados no comparecieron.

---

No. 1221. Soriano et al., Demandantes y Apelantes, v. Rexach et al., Demandados y Apelados.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso de reivindicación y daños y perjuicios. Moción de los apelados para que se desestime la apelación. Resuelto en noviembre 30, 1914. Denegada la moción por haber presentado su alegato la parte apelante antes de que se discutiera la moción de la parte apelada y siguiendo la jurisprudencia establecida en los casos de González v. Acha et al., 19 D. P. R., 1208; Alfonzo v. Rosso, decidido en noviembre 5, 1914, y Gandía & Co. v. Alonso, decidido en noviembre 24, 1914. Abogados de los apelantes: Sres. Luis Samalea Igle-